**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD RENE BUSTAMANTE, | ) Case No. CV 18-2543-FMO (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| GEOFF DEAN et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed.


DATED: August 23, 2018  　　　　　/s/
　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE